IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:21-cr-30159-DWD |
| | ) |
| DONNEL LLOYD, JR, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM & ORDER**

**DUGAN, District Judge**:

Before the Court is Defendant's Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582 and Amendment 821. (Doc. 34). Consistent with Administrative Order 362, the Federal Public Defender entered an appearance on behalf of Defendant. (Doc. 35). Assistant Federal Public Defender ("AFPD") Todd Schultz entered his appearance for Defendant and subsequently filed a Motion to Withdraw, asserting that there is no meritorious basis for Defendant to obtain relief under Amendment 821. (Doc. 36). In summary, AFPD Schultz notes that Defendant is *not* a zero-point offender, and he is not otherwise eligible for relief under Amendment 821. (Doc. 36). The Court further notes that the United States Probation Office concurs in this assessment. Defendant has not filed a Response to the Motion to Withdraw, despite the mailing of that Motion to Defendant and the Court's Orders. (Docs. 36 and 37).

The Court has reviewed the record and the applicable law. The Court finds that Defendant is not entitled to relief under Part A or Part B of Amendment 821. Accordingly,

the Motion for a Reduction of Sentence Pursuant to 18 U.S.C. § 3582 and Amendment 821 is **DENIED**. The Motion to Withdraw is **GRANTED**. The Judgment dated November 21, 2022 remains in full force and effect. (Doc. 32).

    **SO ORDERED**.

    Dated: May 22, 2024

s/ *David W. Dugan*
_____
DAVID W. DUGAN
United States District Judge
